People v Smith (2023 NY Slip Op 00765)

People v Smith

2023 NY Slip Op 00765

Decided on February 10, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ.

102 KA 22-00170

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MATTHEW C. SMITH, DEFENDANT-APPELLANT. 

ROSEMARIE RICHARDS, GILBERTSVILLE, FOR DEFENDANT-APPELLANT.

 Appeal from a judgment of the Steuben County Court (Patrick F. McAllister, A.J.), rendered October 19, 2021. The judgment convicted defendant upon his plea of guilty of criminal possession of a controlled substance in the fifth degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: On appeal from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06 [1]), defendant contends that his plea was not knowing, voluntary, and intelligent based on an alleged Brady violation (see generally Brady v Maryland, 373 US 83, 87 [1963]). Defendant's contention involves matters outside the record on appeal and must therefore be raised by way of a motion pursuant to CPL article 440 (see People v Jefferson, 125 AD3d 1463, 1464-1465 [4th Dept 2015], lv denied 25 NY3d 990 [2015]; People v DeJesus, 110 AD3d 1480, 1482 [4th Dept 2013], lv denied 22 NY3d 1155 [2014]; People v Ellis, 73 AD3d 1433, 1434 [4th Dept 2010], lv denied 15 NY3d 851 [2010]).
Entered: February 10, 2023
Ann Dillon Flynn
Clerk of the Court